IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


MICHAEL JOSEPH MCELROY,

      Appellant,

 v.                                 Case No. 5D22-2920
                                     LT Case No. 2018-CF-753-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 2, 2023

Appeal from Circuit Court
for Citrus County,
Joel D. Fritton, Judge.

Michael Joseph McElroy, DeFuniak
Springs, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE and SOUD, JJ., concur.